

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00217-CR

**HOBART T. RICHARDSON, JR.,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2013-949-C2**

## ORDER

Hobart Richardson was convicted of two counts of possession of a controlled substance. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2011). The State's brief in this appeal was originally due on November 24, 2014. The State has requested and been granted two extensions of time to file its brief. It has now filed a third motion for extension of time to file its brief.

The State's motion is denied. Its brief is ORDERED to be filed no later than 5:00 p.m. on February 27, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed February 12, 2015

